IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO HOLLEY, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-4670** |
| | : | |
| **COMMUNICATION TEST DESIGN, INC.,** | : | |
| | : | |
| Defendant. | : | |

**AND NOW**, this **30th** day of **June 2025**, after review of the docket and upon consideration of Defendant's Summary Judgment Motion (ECF No. 30), Plaintiff's Response in Opposition (ECF No. 34), Defendant's Reply (ECF No. 35), Plaintiff's Surreply (ECF No. 38), any accompanying exhibits, and for the reasons set forth in the accompanying memorandum opinion, Defendant's Motion (ECF No. 30) is **GRANTED in full**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**